**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ROGER DALE LIVINGSTON,**

    **Petitioner,**

**vs.**

                             **CASE NO. 3:08cv174-RV/WCS**

**WALTER McNEIL,**

    **Respondent.**

                           **/**

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 4, 2010 (doc. 33). The parties have has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The 28 U.S.C. § 2254 petition for writ of habeas corpus filed by Roger Dale Livingston, challenging his conviction for manslaughter in the Circuit Court of the First Judicial Circuit, in and for Escambia County, Florida, case number 01-CC-5514B, is hereby **DENIED WITH PREJUDICE**.

**DONE AND ORDERED** this 27th day of January, 2010.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE